| | | | |
|---|---|---|---|
| Com. v. Williams . . . . . . . . . . . . . . . . . . . . . | 3275 EDA 2015 Affirmed | 12/16/2016 | CP–51–CR–0003684– 2014 (Philadelphia) |
| Com. v. Manners . . . . . . . . . . . . . . . . . . . . | 3590 EDA 2015 Affirmed | 12/16/2016 | CP–15–cr–0004304– 2014 (Chester) |
| Davis v. Showell . . . . . . . . . . . . . . . . . . . . | 3806 EDA 2015 Affirmed, Vacated and Remanded | 12/16/2016 | No. 14–10767 (Delaware) |
| Com. v. Pitts [12] . . . . . . . . . . . . . . . . . . . . . . . | 459 EDA 2016 Affirmed | 12/16/2016 | CP–51–CR–0508691– 1989 (Philadelphia) |
| Com. v. Lawrence . . . . . . . . . . . . . . . . . . . . | 604 EDA 2016 Reversed | 12/16/2016 | CP–51–CR–0007113– 2015 (Philadelphia) |
| Com. v. Foss [13] . . . . . . . . . . . . . . . . . . . . . . | 1056 EDA 2016 Affirmed and Reversed | 12/16/2016 | CP–48–CR–0003900– 2014 (Northampton) |
| In the Interest of: A.J.P. . . . . . . . . . . . . . . | 1089 EDA 2016 Affirmed | 12/16/2016 | CP–51–DP–0001876– 2014 (Philadelphia) |
| In the Interest of: M.A.J.F. . . . . . . . . . . . | 1135 EDA 2016 Affirmed | 12/16/2016 | CP–51–AP–0000333– 2015 CP–51–DP–0000623– 2014 (Philadelphia) |
| In the Interest of: M.T.F. . . . . . . . . . . . . . . | 1136 EDA 2016 Affirmed | 12/16/2016 | CP–51–AP–0000334– 2015 CP–51–DP–0000767– 2014 (Philadelphia) |
| In the Interest of: K.A.–M.T. . . . . . . . . . . | 1137 EDA 2016 Affirmed | 12/16/2016 | CP–51–AP–0000416– 2015 CP–51–DP–0000766– 2014 (Philadelphia) |
| In the Interest of: M.A.J.F. . . . . . . . . . . . | 1306 EDA 2016 Affirmed | 12/16/2016 | AP#: CP–51–AP– 0000333–2015 DP#: CP–51–DP– 0000623–2014 FID#: 51–FN–000592– 2014 (Philadelphia) |
| In the Interest of: K.A.–M.T. . . . . . . . . . . | 1307 EDA 2016 Affirmed | 12/16/2016 | AP#: CP–51–AP– 0000416–2015 DP#: CP–51–DP– 0000766–2014 FID#: 51–FN–000592– 2014 (Philadelphia) |

12. Petition for reargument denied February 16, 2017.
13. Petition for reargument denied February 13, 2017.